# IN THE SUPREME COURT OF THE STATE OF NEVADA

QIAO Q. WANG,
Appellant,
vs.
U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR THE CERTIFICATE
HOLDERS OF LXS 2006-16N TRUST
FUND, (A/K/A "U.S. BANK, NATIONAL
ASSOCIATION AS TRUSTEE OF THE
LXS 2006-16N TRUST FUND");
NATIONSTAR MORTGAGE, LLC; AND
VERISE CAMPBELL, DEPUTY
DIRECTOR, FORECLOSURE
MEDIATION PROGRAM,
Respondents.

No. 70054

FILED

APR 2 7 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order dismissing Verise Campbell, Deputy Director of the Foreclosure Mediation Program as a defendant from the proceedings below. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order/judgment as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). Appellant's claims against the following parties appear to remain below: U.S. Bank National Association as Trustee for the Certificate Holders of LXS 2006-16N Trust Fund (also

16-13282

known as Trustee on Behalf of the LXS 2006-16N Trust Fund), and Nationstar Mortgage, LLC. The order does not appear to be amenable to NRCP 54(b) certification because it appears that the claims asserted in the action are so closely related that this court must necessarily decide important issues pending below in order to decide the issues appealed. *Mallin v. Farmers Insurance Exchange*, 106 Nev. 606, 797 P.2d 978 (1990); *Hallicrafters Co. v. Moore*, 102 Nev. 526, 728 P.2d 441 (1986). Reviewing the matter at this stage of the proceedings could result in piecemeal litigation, defeating the purpose of NRCP 54(b). Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc: Hon. Kathleen E. Delaney, District Judge
Qiao Q. Wang
Akerman LLP/Las Vegas
Fennemore Craig Jones Vargas/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2